**Paul J. ROGERS, Appellant,**

v.

**Jeffery BEARD and Donald Vaughn, Appellees.**

Supreme Court of Pennsylvania.

Feb. 20, 2007.

## ORDER

PER CURIAM.

It is hereby ordered that the Commonwealth Court's Order is affirmed.